# Criminal Case Cover Sheet

**FILED:** REDACTED

U.S. District Court

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** MSN

City:
Superseding Indictment:
**Criminal No.** 1:22-cr-00239

County:
Same Defendant:
New Defendant: Yes

Magistrate Judge Case No.:
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

Related case: United States v. Rodriguez, 1:22-cr-30

## Defendant Information:

**Defendant Name:** PAUL J. HUGHES
Alias(es):
☐ Juvenile   FBI No.:

**Address:** Fredericksburg, VA 22405

**Employment:**

**Birth Date:** xx/xx/1975   **SSN:** xxx-xx-6882   **Sex:** Male   Race:   Nationality:

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Whitney E.C. Minter   ☐ Court Appointed   Counsel Conflicts:
**Address:** Whitney_Minter@fd.org   ☐ Retained
**Phone:**   ☒ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Nicholas J. Patterson   **Phone:** (571) 214-8221   Bar No.:

## Complainant Agency - Address & Phone No. or Person & Title:

Jose J. Oquendo, ATF Special Agent, Email: jose.j.oquendo@atf.gov, C202-763-3077

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C Section 922(o) | Possession of a machinegun | 1 | Felony |
| Set 2: | | | | |

**Date:** 12/15/2022   **AUSA Signature:** *Nicholas J. Patterson* (Digitally signed by NICHOLAS PATTERSON, Date: 2022.12.15 13:16:38 -05'00')

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form]   [Reset Form]